UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA TYLER,

        Plaintiff,                        Civil Action No. 13-CV-13237
                                             HON. BERNARD A. FRIEDMAN
vs.                                            MAG. JUDGE DAVID R. GRAND

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

      This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation ("R&R") dated June 23, 2014 [docket entry 14]. The R&R recommended that the Court grant defendant's motion for summary judgment [docket entry 13] and deny plaintiff's motion for summary judgment [docket entry 9]. Neither party has filed any objections to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

      After fully reviewing this matter, the Court agrees with the magistrate judge that the ALJ reasonably discounted plaintiff's testimony regarding her disabling limitations because it was inconsistent with the objective medical evidence contained in the record. Furthermore, the ALJ posed hypothetical questions to the vocational expert that accurately depicted plaintiff's functional limitations. Accordingly,

-1-

IT IS ORDERED that Magistrate Judge David R. Grand's R&R dated June 23, 2014, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

Dated:  July 21, 2014          S/ Bernard A. Friedman_____
        Detroit, Michigan      BERNARD A. FRIEDMAN
                               SENIOR UNITED STATES DISTRICT JUDGE